UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT J. deVILLERS

      v.                                              CA No. 13-173 ML

BLUE CROSS & BLUE SHIELD
OF RHODE ISLAND

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's "Response to Status Report and Dismissal" wherein he seeks "time to supply a brief outlining the inadequacies of the amounts paid by BCBS on remand . . ." (Docket #30). Defendant has objected to Plaintiff's "Response" (Docket #39).

In the judgment of the undersigned, this long-running litigation has now run its course and must come to an end. In the Order issued on July 22, 2014 (Docket#37), the Court dismissed as moot the claims that survived the Memorandum and Order adopting the Report and Recommendation (Docket #34). That Order was a final order of dismissal.

As Defendant argues, Plaintiff now attempts to reopen the litigation to contest the amounts paid to him by Defendant. As the Court noted, however, Plaintiff's sole "objection" to Defendant's status report was to ask that his claim be paid "in full" as a sanction for Defendant's tardy submission of the Court-ordered status report.

For the reasons stated in Defendant's Objection and those set forth in the prior orders of this Court, Plaintiff's request to file another brief is DENIED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
August 11, 2014